MAHONEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Margaret M. Ma-

honey against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

RICH, J., votes to reduce the recovery to the sum of $25,000.